UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:13-00214 |
| | ) | JUDGE CAMPBELL |
| CHARLES EUGENE FRANKLIN | ) | |

ORDER

Pending before the Court is a Motion to Substitute Counsel (Docket No. 14). The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE